# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA JO SUSKIE,** | : | No. 3:15cv573 |
|     **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Magistrate Judge Cohn)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the Social Security** | : | |
| **Administration,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 4th day of October 2016, it is hereby **ORDERED** as follows:

1. Plaintiff Carla Jo Suskie's (hereinafter "plaintiff") second objection to the Report and Recommendation (Doc. 16) is **SUSTAINED**;

2. The Report and Recommendation of Magistrate Judge Cohn (Doc. 15) is **NOT ADOPTED**;

3. Plaintiff's appeal is **GRANTED** and the Commissioner of Social Security's decision denying plaintiff's application for disability insurance benefits is **VACATED**;

4. The Clerk of Court is directed to enter judgment in favor of plaintiff and against the defendant; and

5. The Clerk of Court is further directed to **REMAND** this case to the Commissioner of Social Security for further proceedings consistent with the foregoing Memorandum.

        **BY THE COURT:**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District**